No. 09-10057. Luis Alberto Cardinas Garcia, Petitioner v. United States.

560 U.S. 914, 130 S. Ct. 3299, 176 L. Ed. 2d 1202, 2010 U.S. LEXIS 4081.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 596 F.3d 788.

No. 09-10058. Alejandro Herrera-Gonzalez, Petitioner v. United States.

560 U.S. 914, 130 S. Ct. 3300, 176 L. Ed. 2d 1202, 2010 U.S. LEXIS 4050.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 359 Fed. Appx. 299.

No. 09-10060. John D. Horton, Petitioner v. Michael B. Donley, Secretary of the Air Force.

560 U.S. 915, 130 S. Ct. 3300, 176 L. Ed. 2d 1202, 2010 U.S. LEXIS 3928.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 367 Fed. Appx. 400.

No. 09-10062. J. C. Chatman, Petitioner v. United States.

560 U.S. 915, 130 S. Ct. 3300, 176 L. Ed. 2d 1202, 2010 U.S. LEXIS 3884.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 359 Fed. Appx. 62.

No. 09-10063. Juan Duque, Petitioner v. United States.

560 U.S. 915, 130 S. Ct. 3300, 176 L. Ed. 2d 1202, 2010 U.S. LEXIS 4068.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 360 Fed. Appx. 33.

No. 09-10064. Clinton Mitchell, III, Petitioner v. United States.

560 U.S. 915, 130 S. Ct. 3300, 176 L. Ed. 2d 1202, 2010 U.S. LEXIS 3914.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 359 Fed. Appx. 396.

No. 09-10066. Aedan McCarthy, Petitioner v. Darlene Drew, Warden.

560 U.S. 915, 130 S. Ct. 3300, 176 L. Ed. 2d 1202, 2010 U.S. LEXIS 4035.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 294 Fed. Appx. 758.

No. 09-10072. Gregorio Cruz-Alonzo, Petitioner v. United States.

560 U.S. 915, 130 S. Ct. 3301, 176 L. Ed. 2d 1202, 2010 U.S. LEXIS 3993.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 360 Fed. Appx. 554.